UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| In re: DAVIDSON, JAMES A. § | Case No. 05-13754-JSD |
| DAVIDSON, JUDY G. § | |
| § | |
| Debtor(s) § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 14, 2005. The undersigned trustee was appointed on October 14, 2005.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         265,167.72

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 240,468.49 |
| Administrative expenses | 17,465.00 |
| Bank service fees | 637.13 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 6,597.10 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/13/2006 and the deadline for filing governmental claims was 04/12/2006. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,466.77. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,466.77, for a total compensation of $3,466.77.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $349.72, for total expenses of $349.72.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/31/2014          By: /s/Todd Boudreaux
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-13754-JSD  
**Case Name:** DAVIDSON, JAMES A.  
DAVIDSON, JUDY G.  
**Period Ending:** 10/31/14

**Trustee:** (300013) Todd Boudreaux  
**Filed (f) or Converted (c):** 10/14/05 (f)  
**§341(a) Meeting Date:** 12/15/05  
**Claims Bar Date:** 04/13/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 355 West Lake Dr., MARTINEZ, GA | 173,615.00 | 0.00 | OA | 0.00 | FA |
| 2 | Office Bldg. at 1240 Aug. W. Pkwy, Augusta, GA | 248,981.00 | 248,981.00 | | 265,109.68 | FA |
| 3 | Cash on Hand | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Bank Accounts | 57.00 | 0.00 | | 0.00 | FA |
| 5 | Household Goods and Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Collectibles | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Firearms and Hobby Equipment | 300.00 | 0.00 | | 0.00 | FA |
| 9 | American Express Life Insurance/150,000.00 | 4,000.00 | 0.00 | | 0.00 | FA |
| 10 | Smith Barney | 72.00 | 0.00 | | 0.00 | FA |
| 11 | 2003 Mazda 6 | 17,500.00 | 13,900.00 | | 0.00 | FA |
| 12 | Office furnishings/Business | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 13 | Dental Equipment/Business owes to Suntrust | 30,742.00 | 30,742.00 | | 0.00 | FA |
| 14 | Dental Supplies/business | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 15 | Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 16 | Asset Entered in Error | 0.00 | 0.00 | OA | 0.00 | FA |
| 17 | Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 05-13754-JSD  
**Case Name:** DAVIDSON, JAMES A.  
DAVIDSON, JUDY G.  
**Period Ending:** 10/31/14

**Trustee:** (300013) Todd Boudreaux  
**Filed (f) or Converted (c):** 10/14/05 (f)  
**§341(a) Meeting Date:** 12/15/05  
**Claims Bar Date:** 04/13/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| 30 | Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| 31 | Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| 32 | Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| 33 | Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 58.04 | Unknown |
| 34 | **Assets** **Totals** (Excluding unknown values) | **$482,067.00** | **$297,123.00** | | **$265,167.72** | **$0.00** |

**Major Activities Affecting Case Closing:**

01/27/14 - TFR prepared and will be filed after final review by US Trustee.

TRUSTEE SOLD DEBTOR'S DENTAL PRACTICE BUILDING. SALE WAS APPROVED FOR $265,000 AND CLOSING WAS HELD IN MARCH 2007. TRUSTEE WAS INVESTIGATING POSSIBLE NON-EXEMPT EQUITY IN DEBTORS' RESIDENCE. DEBTOR OBJECTED TO THE TRUSTEE'S EFFORTS TO SELL THE RESIDENCE BASED ON AN ALLEGED LACK OF EQUITY, AND THAT ASSET WAS ABANDONED. TAX RETURNS MAY NEED TO BE FILED. TRUSTEE IS RESEARCHING THE COST BASIS THE DEBTOR HAD IN CERTAIN FIXTURES AND EQUIPMENT SOLD WITH THE BUILDING TO DETERMINE TAXABLE INCOME, IF ANY..

**Initial Projected Date Of Final Report (TFR):** January 31, 2007  **Current Projected Date Of Final Report (TFR):** December 31, 2014

October 31, 2014  
_____  
Date

/s/ Todd Boudreaux  
_____  
Todd Boudreaux

Printed: 10/31/2014 03:28 PM    V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 05-13754-JSD  
**Case Name:** DAVIDSON, JAMES A.  
DAVIDSON, JUDY G.  
**Taxpayer ID #:** **-***7656  
**Period Ending:** 10/31/14

**Trustee:** Todd Boudreaux (300013)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****36-65 - Money Market Account  
**Blanket Bond:** $7,702,500.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/16/07 | | COHEN, POLLOCK, MERLIN & SMALL, P.C. | Sale of Dental Ofc/Equip - Order Dated 10-13-06 (Dkt No 37) | | | 7,176.19 | | 7,176.19 |
| | {2} | TINA P. MOSES, LLC | GROSS SALES PRICE | 265,000.00 | 1110-000 | | | 7,176.19 |
| | {2} | HOMEOWNERS ASSOCIATION | CREDIT: PREPAID ASSESSMENTS | 109.68 | 1110-000 | | | 7,176.19 |
| | | RICHMOND COUNTY TAX COMMR. | COUNTY TAXES: 1/01/07 - 3/14/2007 | -581.64 | 4700-070 | | | 7,176.19 |
| | | SUNTRUST BANK, NA | MORTGAGE PAYOFF 1ST | -114,110.06 | 4110-000 | | | 7,176.19 |
| | | CSRA BUSINESS LENDING | MORTGAGE PAYOFF - 2ND | -112,025.88 | 4110-000 | | | 7,176.19 |
| | | RICHMOND CO. TAX COMMR. | 2005 PROPERTY TAXES | -3,204.64 | 4700-070 | | | 7,176.19 |
| | | RICHMOND CO TAX COMMR. | 2006 PROPERTY TAXES | -3,257.16 | 4700-070 | | | 7,176.19 |
| | | AUGUSTA WEST HOA | HOMEOWNERS ASSOCIATION DUES | -7,289.11 | 4110-000 | | | 7,176.19 |
| | | SHERMAN & HEMSTREET | REAL ESTATE COMMISSION (VOL. REDUCED) | -17,200.00 | 3510-000 | | | 7,176.19 |
| | | CLERK, RICHMOND CO.SUP. CT | TRANSFER TAX | -265.00 | 2500-000 | | | 7,176.19 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 1.40 | | 7,177.59 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 3.96 | | 7,181.55 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 3.96 | | 7,185.51 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 3.70 | | 7,189.21 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 4.09 | | 7,193.30 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 3.96 | | 7,197.26 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 3.58 | | 7,200.84 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 4.22 | | 7,205.06 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | | 1270-000 | 3.74 | | 7,208.80 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | | 1270-000 | 3.67 | | 7,212.47 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | | 1270-000 | 3.29 | | 7,215.76 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | | 1270-000 | 1.48 | | 7,217.24 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 1.34 | | 7,218.58 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 1.00 | | 7,219.58 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 0.90 | | 7,220.48 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 0.91 | | 7,221.39 |

Subtotals: $7,221.39    $0.00

{} Asset reference(s)

Printed: 10/31/2014 03:28 PM    V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 05-13754-JSD | **Trustee:** Todd Boudreaux (300013) |
| **Case Name:** DAVIDSON, JAMES A. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| DAVIDSON, JUDY G. | **Account:** ***-*****36-65 - Money Market Account |
| **Taxpayer ID #:** **-***7656 | **Blanket Bond:** $7,702,500.00 (per case limit) |
| **Period Ending:** 10/31/14 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.91 | | 7,222.30 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.85 | | 7,223.15 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.94 | | 7,224.09 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.78 | | 7,224.87 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.56 | | 7,225.43 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.51 | | 7,225.94 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,226.23 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 7,226.50 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 7,226.81 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,227.10 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 7,227.38 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 7,227.69 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 7,227.99 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 7,228.29 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,228.58 |
| 10/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.04 | | 7,228.62 |
| 10/06/09 | | Wire out to BNYM account **********3665 | Wire out to BNYM account **********3665 | 9999-000 | -7,228.62 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | | -7,228.62 | 0.00 | |
| **Subtotal** | | 7,228.62 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$7,228.62** | **$0.00** | |

{} Asset reference(s)  
Printed: 10/31/2014 03:28 PM  V.13.15

Exhibit B

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 05-13754-JSD | **Trustee:** | Todd Boudreaux (300013) |
|---|---|---|---|
| **Case Name:** | DAVIDSON, JAMES A. | **Bank Name:** | The Bank of New York Mellon |
|  | DAVIDSON, JUDY G. | **Account:** | ****-******36-65 - Checking Account |
| **Taxpayer ID #:** | **-***7656 | **Blanket Bond:** | $7,702,500.00  (per case limit) |
| **Period Ending:** | 10/31/14 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/06/09 |  | Wire in from JPMorgan Chase Bank, N.A. account ********3665 | Wire in from JPMorgan Chase Bank, N.A. account ********3665 | 9999-000 | 7,228.62 |  | 7,228.62 |
| 10/30/09 | Int | The Bank of New York Mellon | Interest posting at 0.0800% | 1270-000 | 0.40 |  | 7,229.02 |
| 11/30/09 | Int | The Bank of New York Mellon | Interest posting at 0.0800% | 1270-000 | 0.47 |  | 7,229.49 |
| 12/31/09 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.43 |  | 7,229.92 |
| 01/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.43 |  | 7,230.35 |
| 02/26/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.39 |  | 7,230.74 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.43 |  | 7,231.17 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.42 |  | 7,231.59 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.43 |  | 7,232.02 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.41 |  | 7,232.43 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.43 |  | 7,232.86 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.42 |  | 7,233.28 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 |  | 7,233.33 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 |  | 7,233.39 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 |  | 7,233.44 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 |  | 7,233.50 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 |  | 7,233.56 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 |  | 7,233.61 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 |  | 7,233.67 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 |  | 7,233.72 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 |  | 7,233.78 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 |  | 7,233.83 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 |  | 7,233.89 |
| 08/01/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 13.87 | 7,220.02 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 |  | 7,220.08 |
| 08/31/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 7,195.08 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 |  | 7,195.13 |
| 09/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 7,170.13 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 |  | 7,170.19 |
| 10/31/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 7,145.19 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 |  | 7,145.24 |
| 11/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 7,120.24 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 |  | 7,120.30 |
| 12/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 7,095.30 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 |  | 7,095.36 |
| 01/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 7,070.36 |

Subtotals :   $7,234.23   $163.87

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 05-13754-JSD
**Case Name:** DAVIDSON, JAMES A.
DAVIDSON, JUDY G.
**Taxpayer ID #:** **-***7656
**Period Ending:** 10/31/14

**Trustee:** Todd Boudreaux (300013)
**Bank Name:** The Bank of New York Mellon
**Account:** ****-******36-65 - Checking Account
**Blanket Bond:** $7,702,500.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,045.36 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,020.36 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,995.36 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,970.36 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,945.36 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,920.36 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,895.36 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,870.36 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,845.36 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,820.36 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001030025088 20121213 | 9999-000 | | 6,820.36 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,234.23 | 7,234.23 | $0.00 |
| | | | Less: Bank Transfers | | 7,228.62 | 6,820.36 | |
| | | | **Subtotal** | | 5.61 | 413.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5.61** | **$413.87** | |

{} Asset reference(s)

Printed: 10/31/2014 03:28 PM    V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| **Case Number:** 05-13754-JSD | **Trustee:** Todd Boudreaux (300013) |
| **Case Name:** DAVIDSON, JAMES A. | **Bank Name:** The Bank of New York Mellon |
| DAVIDSON, JUDY G. | **Account:** ****-******36-66 - Checking Account |
| **Taxpayer ID #:** **-***7656 | **Blanket Bond:** $7,702,500.00 (per case limit) |
| **Period Ending:** 10/31/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                 Printed: 10/31/2014 03:28 PM    V.13.15

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 05-13754-JSD
**Case Name:** DAVIDSON, JAMES A.
DAVIDSON, JUDY G.
**Taxpayer ID #:** **-***7656
**Period Ending:** 10/31/14

**Trustee:** Todd Boudreaux (300013)
**Bank Name:** Rabobank, N.A.
**Account:** ******2266 - Checking Account
**Blanket Bond:** $7,702,500.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 6,820.36 | | 6,820.36 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,810.36 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.77 | 6,799.59 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,789.59 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,779.59 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.40 | 6,769.19 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.05 | 6,759.14 |
| 06/28/13 | | fee | | 2600-000 | | 10.00 | 6,749.14 |
| 07/12/13 | | Transfer to Successor Trustee | Transfer to Successor Trustee | 9999-000 | | 6,749.14 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,820.36 | 6,820.36 | $0.00 |
| | | | Less: Bank Transfers | | 6,820.36 | 6,749.14 | |
| | | | Subtotal | | 0.00 | 71.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $71.22 | |

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 05-13754-JSD
**Case Name:** DAVIDSON, JAMES A.
DAVIDSON, JUDY G.
**Taxpayer ID #:** **-***7656
**Period Ending:** 10/31/14

**Trustee:** Todd Boudreaux (300013)
**Bank Name:** Rabobank, N.A.
**Account:** ******2267 - Checking Account
**Blanket Bond:** $7,702,500.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 10/31/2014 03:28 PM    V.13.15

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 8

| Case Number: | 05-13754-JSD | | Trustee: | Todd Boudreaux (300013) |
|---|---|---|---|---|
| Case Name: | DAVIDSON, JAMES A. | | Bank Name: | Rabobank, N.A. |
| | DAVIDSON, JUDY G. | | Account: | ******8266 - Checking Account |
| Taxpayer ID #: | **-***7656 | | Blanket Bond: | $7,702,500.00   (per case limit) |
| Period Ending: | 10/31/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/12/13 | | Transfer to Successor Trustee | Transfer to Successor Trustee | 9999-000 | 6,749.14 | | 6,749.14 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,739.14 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,729.14 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,719.14 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.63 | 6,708.51 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,698.51 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.59 | 6,687.92 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,677.92 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,667.92 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,657.92 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.21 | 6,647.71 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,637.71 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,627.71 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.48 | 6,617.23 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,607.23 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.13 | 6,597.10 |
| | | | ACCOUNT TOTALS | | 6,749.14 | 152.04 | $6,597.10 |
| | | | Less: Bank Transfers | | 6,749.14 | 0.00 | |
| | | | Subtotal | | 0.00 | 152.04 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $152.04 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****36-65 | 7,228.62 | 0.00 | 0.00 |
| Checking # ****-******36-65 | 5.61 | 413.87 | 0.00 |
| Checking # ****-******36-66 | 0.00 | 0.00 | 0.00 |
| Checking # ******2266 | 0.00 | 71.22 | 0.00 |
| Checking # ******2267 | 0.00 | 0.00 | 0.00 |
| Checking # ******8266 | 0.00 | 152.04 | 6,597.10 |
| | $7,234.23 | $637.13 | $6,597.10 |

| October 31, 2014 | /s/ Todd Boudreaux |
|---|---|
| Date | Todd Boudreaux |

{} Asset reference(s)     Printed: 10/31/2014 03:28 PM    V.13.15

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 13, 2006

**Case Number:** 05-13754-JSD  
**Debtor Name:** DAVIDSON, JAMES A.

Page: 1

**Date:** October 31, 2014  
**Time:** 03:28:59 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Todd Boudreaux<br>7013 Evans Town Center Blvd., Suite 303<br>Evans, GA 30809 | Admin Ch. 7 | | $3,466.77 | $0.00 | 3,466.77 |
| 200 | Todd Boudreaux<br>7013 Evans Town Center Blvd., Suite 303<br>Evans, GA 30809 | Admin Ch. 7 | | $349.72 | $0.00 | 349.72 |
| ACCT 200 | Sammy C. Turner<br>Serotta Maddocks Evans & Co, CPA's<br>P.O. Box 1842<br>Augusta, GA 30903-1842 | Admin Ch. 7 | | $900.00 | $0.00 | 900.00 |
| ATTY 200 | Todd Boudreaux<br>7013 Evans Town Center Blvd., Suite 303<br>Evans, GA 30809 | Admin Ch. 7 | | $778.25 | $0.00 | 778.25 |
| 1 100 | Suntrust Bank<br>ATTN: Support Services<br>PO Box 850902<br>Richmond, VA 23286 | Secured | ATTN: Support Services<br>PO Box 850902<br>Richmond, VA 23286<br>--------------------------------------------------------------------------------<br>History: Details1-111/28/2005Claim #1 filed by Suntrust Bank, Amount claimed: $101561.69 (Griffis, Jake )<br>6911/29/2011Objection to Claim Number 1 of SUNTRUST BANK and Notice and Opportunity for Hearing Filed by Edward J. Coleman III on behalf of Edward J. Coleman III. Responses due on or Before: 12/29/2011. (Attachments: # 1 Proposed Order)(Coleman, Edward)<br>8001/25/2012Order Disallowing Claim(s) Number 1 Filed on 1/25/2012 (RE: related document(s)69). (Silman, Cathy) Status: Disallow<br>--------------------------------------------------------------------------------* * *<br>Disallowed per order of 1-25-2012 [Doc. 80] | $0.00 | $0.00 | 0.00 |
| 6 100 | GE CAPITAL<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52405 | Secured | 1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52405<br>--------------------------------------------------------------------------------<br>History: Details6-101/31/2006Claim #6 filed by GE CAPITAL, Amount claimed: $338.68 (Long, Karen )<br>7011/29/2011Objection to Claim Number 6 of GE CAPITAL and Notice and Opportunity for Hearing Filed by Edward J. Coleman III on behalf of Edward J. Coleman III. Responses due on or Before: 12/29/2011. (Attachments: # 1 Proposed Order)(Coleman, Edward)<br>8101/25/2012Order Disallowing Claim(s) Number 6 Filed on 1/25/2012 (RE: related document(s)70). (Silman, Cathy) Status: Disallow<br>--------------------------------------------------------------------------------* * *<br>DISALLOWED PER ORDER OF 1-25-2012 [DOC. 81] | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 13, 2006

**Case Number:** 05-13754-JSD  
**Debtor Name:** DAVIDSON, JAMES A.

Page: 2

**Date:** October 31, 2014  
**Time:** 03:28:59 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12<br>100 | U.S. Small Business Administration<br>233 Peachtree St., Ste 1900<br>Atlanta, GA 30303 | Secured | 233 Peachtree St., Ste 1900<br>Atlanta, GA 30303<br>--------------------------------------------------------------------------------<br>History: Details12-102/13/2006Claim #12 filed by U.S. Small Business Administration, Amount claimed: $104194.70 (Griffis, Jake )<br>7111/29/2011Objection to Claim Number 12 of U.S. SMALL BUSINESS ADMINISTRATION and Notice and Opportunity for Hearing Filed by Edward J. Coleman III on behalf of Edward J. Coleman III. Responses due on or Before: 12/29/2011. (Attachments: # 1 Proposed Or<br>der)(Coleman, Edward)<br>7812/13/2011Withdrawal of Claim(s): 12 Filed by Kenneth D. Crowder on behalf of U.S. Small Business Administration. (Crowder, Kenneth) Status: Withdraw<br>--------------------------------------------------------------------------------\* \* \*<br>Withdrawn 12-13-2011 [Doc. _____] | $0.00 | $0.00 | 0.00 |
| 13<br>100 | Mazda American Credit<br>c/o National Bankruptcy Service Center<br>PO Box 537950 | Secured | c/o National Bankruptcy Service Center<br>PO Box 537950<br>                                                              ,<br>--------------------------------------------------------------------------------<br>History: Details13-102/13/2006Claim #13 filed by Mazda American Credit, Amount claimed: $23984.54 (Griffis, Jake )<br>7211/29/2011Objection to Claim Number 13 of MAZDA AMERICAN CREDIT and Notice and Opportunity for Hearing Filed by Edward J. Coleman III on behalf of Edward J. Coleman III. Responses due on or Before: 12/29/2011. (Attachments: # 1 Proposed Order)(Coleman,<br>Edward)<br>8201/25/2012Order Disallowing Claim(s) Number 13 Filed on 1/25/2012 (RE: related document(s)72). (Silman, Cathy) Status: Disallow<br>--------------------------------------------------------------------------------\* \* \*<br>Disallowed per order of 1-25-2012 [Doc. 82] | $0.00 | $0.00 | 0.00 |
| 15<br>100 | SunTrust Bank<br>ATTN: L. Neal Barton<br>Mail Code GA-Atlanta-150,PO Box 4418<br>Atlanta, GA 30302 | Secured | ATTN: L. Neal Barton<br>Mail Code GA-Atlanta-150,PO Box 4418<br>Atlanta, GA 30302<br>--------------------------------------------------------------------------------<br>History: Details15-102/24/2006Claim #15 filed by SunTrust Bank, Amount claimed: $25438.23 (Griffis, Jake )<br>7311/29/2011Objection to Claim Number 15 of SUNTRUST BANK and Notice and Opportunity for Hearing Filed by Edward J. Coleman III on behalf of Edward J. Coleman III. Responses due on or Before: 12/29/2011. (Attachments: # 1 Proposed Order)(Coleman, Edward)<br>8301/25/2012Order Disallowing Claim(s) Number 15 Filed on 1/25/2012 (RE: related document(s)73). (Silman, Cathy) Status: Disallow<br>--------------------------------------------------------------------------------\* \* \*<br>Disallowed per order of 1-25-2012 [Doc. 83] | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 13, 2006

**Case Number:** 05-13754-JSD
**Debtor Name:** DAVIDSON, JAMES A.

Page: 3

**Date:** October 31, 2014
**Time:** 03:28:59 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 26 100 | SUNTRUST MORTGAGE INC<br>1001 SEMMES AVE<br>P.O. BOX 27767 RVW 3034<br>23261-7767 | Secured | | $0.00 | $0.00 | 0.00 |
| 2 610 | Suntrust Bank<br>ATTN: Support Services<br>PO Box 850902<br>Richmond, VA 23286 | Unsecured | Unsecured$3126.65 | $3,126.65 | $0.00 | 3,126.65 |
| 3 610 | Suntrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286 | Unsecured | Unsecured$6811.76 | $6,811.76 | $0.00 | 6,811.76 |
| 4 610 | UNIVERSITY HEALTH CARE SYSTEMS<br>COLLECTIONS DIVISION<br>620 THIRTEENTH ST<br>AUGUSTA, GA 30901 | Unsecured | Unsecured$6702.12 | $6,702.12 | $0.00 | 6,702.12 |
| 5 610 | UNIVERSITY HEALTH CARE SYSTEMS<br>COLLECTIONS DIVISION<br>620 THIRTEENTH ST<br>AUGUSTA, GA 30901 | Unsecured | Unsecured$562.53 | $562.53 | $0.00 | 562.53 |
| 7 610 | MBNA AMERICAN BANK NA<br>P O BOX 15168 MS 1423<br>WILMINGTON, DE 19850 | Unsecured | Unsecured$74760.74 | $74,760.74 | $0.00 | 74,760.74 |
| 8 610 | DISCOVER BANK<br>P O BOX 8003<br>HILLIARD, OH 43026 | Unsecured | Unsecured$4076.21 | $4,076.21 | $0.00 | 4,076.21 |
| 9 610 | TSYS DEBT MGMT<br>P O BOX 137<br>COLUMBUS, GA 31902 | Unsecured | Unsecured$112.07 | $112.07 | $0.00 | 112.07 |
| 10 610 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave, Suite 900<br>Seattle, WA 98121 | Unsecured | Unsecured$8123.08 | $8,123.08 | $0.00 | 8,123.08 |
| 11 610 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave, Suite 900<br>Seattle, WA 98121 | Unsecured | Unsecured$6153.61 | $6,153.61 | $0.00 | 6,153.61 |
| 14 610 | Bellsouth Telecommunications Inc<br>29EF1 301 W Bay St<br>Jacksonville, FL 32202 | Unsecured | Unsecured$986.65<br>Description: Telephone svc & assoc billing<br>Remarks: F.E.I.N 58-0436120/s/Judy Archey/jww | $986.65 | $0.00 | 986.65 |
| 16 610 | SunTrust Bank<br>ATTN: L. Neal Barton<br>Mail Code GA-Atlanta-150,PO Box 4418<br>Atlanta, GA 30302 | Unsecured | ATTN: L. Neal Barton<br>Mail Code GA-Atlanta-150,PO Box 4418<br>Atlanta, GA 30302 | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 13, 2006

**Case Number:** 05-13754-JSD  
**Debtor Name:** DAVIDSON, JAMES A.

Page: 4

**Date:** October 31, 2014  
**Time:** 03:28:59 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | History: Details16-102/24/2006Claim #16 filed by SunTrust Bank, Amount claimed: $82964.48 (Griffis, Jake ) <br> 7411/29/2011Objection to Claim Number 16 of SUNTRUST BANK and Notice and Opportunity for Hearing Filed by Edward J. Coleman III on behalf of Edward J. Coleman III. Responses due on or Before: 12/29/2011. (Attachments: # 1 Proposed Order)(Coleman, Edward) <br> 8401/25/2012Order Disallowing Claim(s) Number 16 Filed on 1/25/2012 (RE: related document(s)74). (Silman, Cathy) Status: Disallow <br> -------------------------------------------------------------------------------* * * <br> Disallowed per order of 1-25-2012 [Doc. 84] | | | |
| 17 <br> 610 | MEDICAL SQUARE OF AUGUSTA <br> Condominium Owners Assoc Inc <br> 1234 Augusta West Pkwy <br> Augusta, GA 30909 <br> c/o David H., Br DDS | Unsecured | Unsecured$6796.58 | $6,796.58 | $0.00 | 6,796.58 |
| 18 <br> 610 | PITNEY BOWES CREDIT CORP <br> RECOVERY DEPT <br> 27 WATERVIEW DR <br> SHELTON, CT 06484 | Unsecured | Unsecured$2133.59 | $2,133.59 | $0.00 | 2,133.59 |
| 19 <br> 610 | Household Bank (SB), N.A. (Best Buy Co., Inc.) <br> eCast Settlement Corporation,c/o Bass & Associates, P.C.,3936 E. Ft. Lowell Road <br> Tucson, AZ 85712 | Unsecured | eCast Settlement Corporation <br> c/o Bass & Associates, P.C.,3936 E. Ft. Lowell Road, Suite #200 <br> Tucson, AZ 85712 <br> -------------------------------------------------------------------------------- <br> History: Details19-103/22/2006Claim #19 filed by Household Bank (SB), N.A. (Best Buy Co., Inc.), Amount claimed: $471.36 (Spallas, Nichlas ) <br> -------------------------------------------------------------------------------* * * <br> Unsecured$471.36 | $471.36 | $0.00 | 471.36 |
| 20 <br> 610 | Capital Recovery One <br> 25 SE 2nd Avenue, Suite 1120 <br> Miami, FL 33131 | Unsecured | 25 SE 2nd Avenue, Suite 1120 <br> Miami, FL 33131 <br> -------------------------------------------------------------------------------- <br> History: Details20-104/03/2006Claim #20 filed by RECOVERY MANAGEMENT SYSTEMS CORP, Amount claimed: $144.32 (Rivera, Jackie ) <br> 4907/23/2008Transfer of Claim. Transfer Agreement 3001 (e) 2 Transferor: RECOVERY MANAGEMENT SYSTEMS CORP (Claim No. 20) To Capital Recovery One Filed by Recovery Management Systems Corporation. (Singh, Ramesh) <br> -------------------------------------------------------------------------------* * * <br> Unsecured$144.32 | $144.32 | $0.00 | 144.32 |
| 21 <br> 610 | CHASE BANK USA, NA <br> PO BOX 15145 <br> WILMINGTON, DE 19850-5145 | Unsecured | Unsecured$15199.73 | $15,199.73 | $0.00 | 15,199.73 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 13, 2006

**Case Number:** 05-13754-JSD  
**Debtor Name:** DAVIDSON, JAMES A.

Page: 5

**Date:** October 31, 2014  
**Time:** 03:28:59 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 22 610 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | Unsecured | Unsecured$3038.71 | $3,038.71 | $0.00 | 3,038.71 |
| 23 610 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | Unsecured | Unsecured$5475.40 | $5,475.40 | $0.00 | 5,475.40 |
| 24 610 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | Unsecured | Unsecured$4793.52 | $4,793.52 | $0.00 | 4,793.52 |
| 25 620 | Group Financial Services<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | Unsecured | 1111 Old Eagle School Road<br>Wayne, PA 19087<br>--------------------------------------------------------------------------------<br>History: Details25-106/26/2006Claim #25 filed by Group Financial Services, Amount claimed: $5559.26 (Long, Karen )<br>-------------------------------------------------------------------------------* * *<br>Unsecured$5559.26 | $5,559.26 | $0.00 | 5,559.26 |
| **<< Totals >>** | | | | 160,522.63 | 0.00 | 160,522.63 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-13754-JSD
Case Name: DAVIDSON, JAMES A.
Trustee Name: Todd Boudreaux

**Balance on hand:** $ 6,597.10

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 6,597.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Todd Boudreaux | 3,466.77 | 0.00 | 3,466.77 |
| Trustee, Expenses - Todd Boudreaux | 349.72 | 0.00 | 349.72 |
| Attorney for Trustee, Fees - Todd Boudreaux | 778.25 | 0.00 | 778.25 |
| Accountant for Trustee, Fees - Sammy C. Turner | 900.00 | 0.00 | 900.00 |

Total to be paid for chapter 7 administration expenses: $ 5,494.74
Remaining balance: $ 1,102.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,102.36

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |  |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 1,102.36 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 149,468.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Suntrust Bank | 3,126.65 | 0.00 | 23.06 |
| 3 | Suntrust Bank | 6,811.76 | 0.00 | 50.24 |
| 4 | UNIVERSITY HEALTH CARE SYSTEMS | 6,702.12 | 0.00 | 49.43 |
| 5 | UNIVERSITY HEALTH CARE SYSTEMS | 562.53 | 0.00 | 4.15 |
| 7 | MBNA AMERICAN BANK NA | 74,760.74 | 0.00 | 551.37 |
| 8 | DISCOVER BANK | 4,076.21 | 0.00 | 30.06 |
| 9 | TSYS DEBT MGMT | 112.07 | 0.00 | 0.83 |
| 10 | Chase Bank USA, N.A. | 8,123.08 | 0.00 | 59.91 |
| 11 | Chase Bank USA, N.A. | 6,153.61 | 0.00 | 45.38 |
| 14 | Bellsouth Telecommunications Inc | 986.65 | 0.00 | 7.28 |
| 17 | MEDICAL SQUARE OF AUGUSTA Condominium Owners Assoc Inc | 6,796.58 | 0.00 | 50.13 |
| 18 | PITNEY BOWES CREDIT CORP | 2,133.59 | 0.00 | 15.74 |
| 19 | Household Bank (SB), N.A. (Best Buy Co., Inc.) | 471.36 | 0.00 | 3.48 |
| 20 | Capital Recovery One | 144.32 | 0.00 | 1.06 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---|---|---|
| 21 | CHASE BANK USA, NA | 15,199.73 | 0.00 | 112.10 |
| 22 | Citibank (South Dakota) N.A. | 3,038.71 | 0.00 | 22.41 |
| 23 | Citibank (South Dakota) N.A. | 5,475.40 | 0.00 | 40.38 |
| 24 | Citibank (South Dakota) N.A. | 4,793.52 | 0.00 | 35.35 |

Total to be paid for timely general unsecured claims: $ 1,102.36
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 5,559.26 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 25 | Group Financial Services | 5,559.26 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**